UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES AALMO,

          Plaintiff,

   v.

LINDA JOHNSON, AMBER WILSON, LEWIS COUNTY, and TERRY WILSON

          Defendants.

CASE NO. 14-cv-5683-RJB-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 39) and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) This case is **Dismissed With Prejudice** on defendants' motion for summary judgment.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. J. Richard Creatura.

Dated this 27th day of July, 2015.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge